

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:23-CR-_16_ |
| v. ) | |
| ) | JUDGES _Crytzer/McCook_ |
| TELLERICK LEJEWELL SIMON, JR. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, from on or about January 1, 2023, through and including on or about February 5, 2023, in the Eastern District of Tennessee and elsewhere, the defendant, TELLERICK LEJEWELL SIMON, JR., and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority, combine, conspire, confederate, and agree with one another and with diverse others to distribute and possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

### COUNT TWO

The Grand Jury further charges that, on or about February 5, 2023, in the Eastern District of Tennessee, the defendant, TELLERICK LEJEWELL SIMON, JR., did knowingly, intentionally, and without authority possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

1

## NOTICE OF ENHANCED PENALTIES (21 U.S.C. § 851)

Before committing the offenses charged in Counts One and Two, the defendant, TELLERICK LEJEWELL SIMON, JR., had at least two final convictions for a serious drug felony, for which he served at least 12 months in custody and was released from custody no more than 15 years before the commencement of the offenses charged in Counts One and Two. As a result, the defendant, TELLERICK LEJEWELL SIMON, JR., is subject to an enhanced penalty under Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 846, and 851.

## DRUG-TRAFFICKING FORFEITURE ALLEGATIONS

The allegations contained in Counts One and Two of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture under Title 21, United States Code, Section 853.

Upon conviction of an offense in violation of Title 21, United States Code, Sections 841 or 846, the defendant, TELLERICK LEJEWELL SIMON, JR., shall forfeit to the United States, under Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense including, but not limited to the following:

### Money Judgment

A personal money judgment against the defendant and in favor of the United States, which represents proceeds the defendant personally obtained as a result of an offense in violation of Title 21, United States Code, Sections 841 and/or 846.

2

**U.S. Currency**

$36,120.00 U.S. currency seized from TELLERICK LEJEWELL SIMON, JR., on or about February 5, 2023.

Under Title 21, United States Code, Section 853(p), the defendant shall forfeit substitute property, up to the value of the property subject to forfeiture, if by any act or omission of the defendant, the property, or any portion thereof:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: _____
RUSS SWAFFORD
Assistant United States Attorney

3